## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

       **vs**                                  **CASE NO: 99CR00109-007 (HL)**

**JOSE VILLEGAS-RUSSO**
**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

### ORDER TO SHOW CAUSE

      **Upon petition of Carlina Cortés-Báez, Senior United States Probation Officer** of this Court, alleging that the offender, **José Villegas-Russo**, has failed to comply with his conditions of supervised release it is

      **ORDERED** that the offender appear before this Court on _____ 2006 to show cause, if there be any, why his term of supervised released on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

      At this hearing, the offender will be entitled:

1. **To the disclosure of evidence against him**
2. **To present evidence in his own behalf**
3. **To the opportunity to question witnesses against him.**
4. **To be represented by counsel**

      The Clerk shall issue the corresponding **summons** for the offender, **José Villegas-Russo,** and notify all corresponding parties with a copy of this **ORDER.**

      In San Juan, Puerto Rico this_____ day of _____ 2006.


_____
HON. HECTOR M. LAFFITTE
UNITED STATES DISTRICT JUDGE


CCB\