IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | C R. NO. 99-109-07 (HL) |
| JOSE VILLEGAS-RUSSO | * | |
| Defendant | * | |

ORDER

Upon petition of **Carlina Cortés-Báez, Senior United States Probation Officer** of this Court, alleging that the offender, **José Villegas-Russo**, has failed to comply with his conditions of supervised release, it is

**ORDERED** that the offender appear before this Court on **June 23, 2006** at **9:00am** for a hearing to show cause, if there be any, why his term of supervised released on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, the offender will be entitled:

1. **To the disclosure of evidence against him.**
2. **To present evidence in his own behalf.**
3. **To the opportunity to question witnesses against him.**
4. **To be represented by counsel.**

The Clerk shall issue the corresponding **summons** for the offender, **José Villegas-Russo**, and notify all corresponding parties with copy of this Order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of May, 2006.

S/HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE