# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ DISTRICT OF _____ PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JOSE VILLEGAS-RUSSO<br>HC-03 BOX 15491<br>CUCHILLAS WARD<br>COROZAL, PUERTO RICO 00783<br>TEL. 787-859-4167<br>787-247-4615<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br><br>Case Number: 99-CR-109-007 (H) |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>U.S. Courthouse and Federal Building<br>150 Carlos Chardon Street<br>Hato Rey, P.R. 00918<br>Before: HON. HECTOR M. LAFFITTE | Room<br>138 |
|---|---|
| | **Date and Time**<br>June 23, 2006 at 9:00 A.M. |

To answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  **X** Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of _____ United States Code, _____

Brief description of offense:

SEE MOTION AND ORDER ATTACHED.




| | |
|---|---|
| HECTOR M. LAFFITTE, U.S. DISTRICT JUDGE<br>Name and Title of Issuing Officer | S/Hector M. Laffitte<br>Signature of Issuing Officer |

May 24, 2006
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Date

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. Probation Office

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/07/06
Date

Herman Wirshing
Name of United States Marshal

Rafael A. Ortega
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.