IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.

CR. NO. 99CR00109-OO7 (HL)

JOSE VILLEGAS-RUSSO

* * * * * * * * * * * * *

SUPPLEMENT TO THE MOTION FILED ON MAY 23, 2006

TO THE HON. HECTOR M. LAFFITTE, SENIOR
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, CARLINA CORTES BAEZ, SENIOR UNITED STATES PROBATION OFFICER** of this Honorable Court, respectfully presenting petition for action of Court for cause as follows:

    1.    That on May 23, 2006, a Motion was filed notifying the Court of the offender's drug relapse, failure to report for drug testing and to remain in a residential detoxification treatment. The Court schedule an order to show cause hearing for June 23, 2006. However, on June 20, 2006, the hearing was reset for August 25, 2006.

    2.    That on May 24, 2006, the offender re-entered the residential detoxification program and on June 7, 2006, he completed the treatment. On that same date, he was referred to an ambulatory drug counseling program to continue his treatment; however, the offender failed to report to the program as required. On July 10, 2006, new arrangements to participate in the ambulatory drug treatment were made for the offender.

3. That drug testing conducted to the offender on June 23, 28, 30 and July 3, 2006, yielded positive results to **cocaine & morphine.** However, since July 7, 2006, the offender's drug testing have commenced to yield negative results.

**WHEREFORE,** I declare under penalty of perjury, that the above-mentioned is true and correct. It is respectfully requested, unless the Court rules otherwise, that the above stated information be made part of the Motion filed on May 23, 2006. Thereupon, the offender to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 10th day of July 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
UNITED STATES PROBATION OFFICER

*s/Carlina Cortés-Báez*
Carlina Cortés-Báez
Senior United States Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5816
Fax 787-766-5945
E-mail:   carlina_cortes@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 10, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Timothy Vazquez, Assistant U.S. Attorney and Edgar Betancourt-Aquino, Esq.

In San Juan, Puerto Rico on July 10, 2006.

*s/Carlina Cortés-Báez*
Carlina Cortés-Báez
Senior United States Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5816
Fax 787-766-5945
E-mail: carlina_cortes@prp.uscourts.gov

CCB/