IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff,

v.

**JOSE VILLEGAS-RUSSO**
    Defendant

**Criminal No. 99-109(HL)**

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

    Notice is hereby given by Mr. José Villegas-Russo, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Revocation Judgment entered against him on August 24, 2006, entered on docket on September 11, 2006, by the Hon. Héctor Laffitte, Senior Judge, United States District Court for the District of Puerto Rico.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this 11th day of September, 2006.

JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**

**S/FRANCISCO VALCÁRCEL-FUSTER**
Assistant Federal Public Defender
USDC - PR 220108
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899
**E-mail :** Francisco_Valcárcel@fd.org

Criminal No. 99-109(HL)                                                                                         2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Evelyn Canals.

In San Juan, Puerto Rico, 11th day of September, 2006.

**S/Francisco Valcárcel-Fuster**
Assistant Federal Public Defender
USDC - PR 220108
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899
**E-mail :** Francisco_Valcárcel@fd.org