UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:**  October 10, 2006

**DC #:**  99-109  (HL)

**APPEAL FEE PAID:**  YES ____   NO  _X_

**CASE CAPTION:**  USA  v.  Rodríguez-González
  Defendant:  José Villegas  (7)

**IN FORMA PAUPERIS:**  YES _X_   NO ____

**MOTIONS PENDING:**  YES ____   NO _X_

**NOTICE OF APPEAL FILED BY:**  Defendant

**APPEAL FROM:**  Judgment for Revocation entered on  09/11/06

**SPECIAL COMMENTS:**  Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                              **VOLUMES:**

**Docket Entries   209-221**                                                              I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                                                   FRANCES RIOS DE MORAN
                                                                   Clerk of the Court


                                                                   S/ Xiomara Muñiz
                                                                   Xiomara Muñiz
                                                                   Deputy Clerk

Acknowledgment of Receipt:

Received By:  _____
USCCA #:         _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk