UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA        *
                                *
Vs.                             *     99-CR-0109-07 (HL)
                                *
VILLEGAS-RUSSO, José            *
                                *
-----------------------------------*

ORDER

By the Order of the Honorable Héctor M. Laffitte, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this September 25, 2006.

                                    FRANCES RIOS DE MORAN
                                    Clerk of the Court

                                    By: Janis Palma
                                    Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____