## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Transmittal of Supplemental Record to the Court of Appeals

DATE:             January 25, 2007

DC #:             99-109   (HL)

USCA #:           06-2461

CASE CAPTION:                USA    v.    Rodríguez-González
                 Defendant:  José Villegas  (7)
                             T/N: José Villegas-Russo

SPECIAL COMMENTS:            Copies & original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                VOLUMES:

Docket Entries   97   (PSR)   &   225   (Transcript)             I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñíz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:        _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk