IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

vs.  Case No.: 99-CR-00109-07 (FAB)

JOSE VILLEGAS-RUSSO,
* * * * * * * * * * * * * * * * * * * * * *

**ORDER TO SHOW CAUSE**

Upon petition of Miriam Figueroa, U.S. Probation Officer of this Court, alleging that releasee, José Villegas-Russo, has failed to comply with his conditions of supervised release, it is

**ORDERED** that releasee appear before this Court on _____ 2008 at _____, for a hearing to show cause, if there be any, why his supervision term should not be revoked and committed to the custody of the Attorney General of the United States or his authorized representative, for imprisonment until expiration of his sentence.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue an arrest warrant to releasee José Villegas-Russo, and provide defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this     day of            , 2008.

_____
Francisco A. Besosa
U.S. District Judge