**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    **Plaintiff,**

            **v.**                    **Criminal No.** 99-109 (FAB)

JOSE VILLEGAS-RUSSO [7],

    **Defendant.**

**ORDER TO SHOW CAUSE**

Upon the petition of Miriam Figueroa, U.S. Probation Officer of this Court, alleging that the releasee, José Villegas-Russo, has failed to comply with the conditions of his supervised release, it is **ORDERED** that José Villegas-Russo appear before this Court on **June 13, 2008 at 9:00 a.m.** for a hearing to show cause, if there be any, why his supervision term should not be revoked, and why he should not be committed to the custody of the Attorney General of the United States or his authorized representative for imprisonment until expiration of his sentence.

At this hearing, releasee will be entitled:

1.    to the disclosure of evidence against him;

2.    to present evidence on his own behalf;

3.    to have the opportunity to question witnesses against him; and

4.    to be represented by counsel.

Criminal No. 99-109 (FAB)                                                    2

The Clerk shall issue an arrest warrant to releasee José Villegas-Russo, and shall provide defense counsel and counsel for the government with a copy of this Order.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 5, 2008.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
United States District Judge